

# MEMORANDUM

| | |
|---|---|
| **To:** | The Honorable Indira Talwani, U.S. District Judge |
| **cc:** | Mark Balthazard, AUSA and Sandra Bower, AUSA |
| | Stellio Sinnis, Esq. (Counsel for defendant) |
| **From:** | Gina P. Affsa, U.S. Probation Officer |
| **Re:** | Crystal Ferreira (14-CR-10153-01) |
| **Date:** | October 16, 2014 |

On August 13, 2014, Probation notified the Court that Ms. Ferreira had violated her term of Supervised Release, to wit, she had used illegal substances and had been removed from drug treatment for violating the rules of the program. As a result, a summons issued and Magistrate Judge Dein held an initial appearance on September 9, 2014. At the request of all parties, Your Honor set the final revocation hearing for approximately six weeks out, to allow Probation a period of time in which to weigh Ms. Ferreira's compliance or lack thereof. As such, a final revocation hearing is presently scheduled for October 21, 2014.

Since the September 9th hearing, Ms. Ferreira has moved into a sober home in Falmouth, MA. She was enrolled in drug testing and outpatient drug treatment at Gosnold, and reports a stable sober network in the Falmouth area. However, on September 25, 2014, at 12:22 a.m., Ms. Ferreira was sitting in the driver's seat of a motor vehicle with two other individuals when they were questioned by the Falmouth Police Department, due to the fact that the vehicle was parked in a parking lot of stores which where all closed for the night. The individual whose vehicle she was sitting in, Talia Piazza, was serving a term of supervised probation for several counts of Breaking and Entering in the Daytime with Intent to Commit a Felony. Based upon erratic movements of the three occupants and evidence of drug paraphernalia in the vehicle, the officers on scene conducted a search of the vehicle. The officers found the vehicle to be "littered with

drug paraphernalia" including burnt foil, cut straws, and a broken pen with dark brown residue in it. Additionally, Ms. Piazza was arrested for having a white pill, wrapped in a napkin, in the glove box of the vehicle. In the backseat of the vehicle, officers discovered a pack of Budlight and a prescription bottle of Zanax, belonging to Matthew Vitti, the third occupant of the vehicle. The pills in this bottle were similar in appearance to the pill found in the glove box. Ms. Ferreira did promptly report this law enforcement contact.

While Ms. Ferreira was not arrested or charged in the above incident, Probation submits that she violated Standard Conditions 8 and 9. Standard Condition 8 prohibits her from being in a place where controlled substances are being illegally used, distributed or administered. Standard Condition 9 states that she not associate with any person engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted to do so by probation. Ms. Ferreira admitted to knowing that Ms. Piazza was on probation but, claimed that since she met her at a prior sober house, she believed she was allowed to associate with Ms. Piazza. Probation remains concerned that Ms. Ferreira continues to defy the rules.

However, the parties would again request a continuance in this matter to be able to better evaluate Ms. Ferreira's compliance before a formal hearing is conducted. During this time, her urine screens will be carefully monitored, as well as her progress in drug treatment. Ms. Ferreira has been fully warned about her associations, especially in light of the fact that she is residing in a sober home. If Your Honor is willing to grant a continuance, the parties agree that a period of six to eight weeks, would be appropriate.

| Reviewed/Approved by: | Respectfully submitted, |
|---|---|
| /s/ Basil F. Cronin | By: /s/ Gina Affsa |
| Basil F. Cronin, | Gina Affsa, |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | Date: October 15, 2014 |

**THE COURT ORDERS**
[✓] Continuance Granted
[ ] Continuance Denied
[ ] Other

_____
The Honorable Indira Talwani,
U.S. District Judge

Date: October 17, 2014